UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-058 |
| | ) | |
| REGGIE MCDANIEL | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Daniel Gregory Leopard** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Daniel Gregory Leopard** be granted leave of absence for the following periods: June 24, 2024 through July 5, 2024; August 12, 2024 through August 13, 2024; and August 26, 2024 through September 3, 2024.

**ORDERED**, this the 3rd day of June, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA